SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**DAVID J. GIBSON, Senior Deputy City Attorney (SBN 272516)**
dgibson@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Facsimile:   (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BLANKENSHIP,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO,<br><br>  Defendant. | Case No.:  2:23-cv-00610-KJM-CKD<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT CITY OF SACRAMENTO TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT; ORDER (L.R. 144)** |

Pursuant to Civil L. R. 144(a), the parties, by and through their counsel of record, hereby stipulate:

1. Defendant CITY OF SACRAMENTO's ("City") responsive pleading to Plaintiff's First Amended Complaint is currently due on May 26, 2023.

2. Counsel for the parties have met and conferred and have agreed to an extension of time, pursuant to Local Rule 144(a), for the City to file a responsive pleading to the complaint.

3. The City seeks this extension because the City's counsel is still investigating the factual allegations raised in the First Amended Complaint.

4. The parties now seek the Court's approval, pursuant to stipulation by the parties, that the City may have up to and including June 9, 2023 to file its responsive pleading to the First Amended Complaint.

5. There have been no previous extensions of time requested or granted.

DATED: May 23, 2023                     SUSANA ALCALA WOOD,
                                        City Attorney


                                    By: /s/ DAVID J. GIBSON
                                        **DAVID J. GIBSON**
                                        Senior Deputy City Attorney

                                        Attorneys for the
                                        CITY OF SACRAMENTO

DATED: May 23, 2023                     THE VELEZ LAW FIRM, PC


                                    By: /s/ Natalyla V. Grunwald
                                        **NATALYA V. GRUNWALD**

                                        Attorneys for Plaintiff
                                        ADAM BLANKENSHIP


### ORDER

Pursuant to Local Rule 144 and the Stipulation set forth above, the request for extension of time is granted and the deadline for defendant City of Sacramento to file a response to plaintiffs' First Amended Complaint is extended to June 9, 2023.

**IT IS SO ORDERED.**

DATED: May 23, 2023

                                        _____
                                        CHIEF UNITED STATES DISTRICT JUDGE