SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**DAVID J. GIBSON, Senior Deputy City Attorney (SBN 272516)**
dgibson@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Facsimile:   (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

MARK P. VELEZ, ESQ. (SBN 163484)
NATALYA V. GRUNWALD, ESQ. (SBN 265084)
**THE VELEZ LAW FIRM, PC**
3010 Lava Ridge Court, Suite 120
Roseville, California 95661
Telephone: (916) 774 – 2720
Facsimile: (916) 774 – 2730

Attorneys for Plaintiff
ADAM BLANKENSHIP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ADAM BLANKENSHIP, | Case No.: 2:23-cv-00610-KJM-CKD |
|---|---|
| Plaintiff, | **STIPULATION AND PROPOSED ORDER TO EXTEND DISCOVERY DEADLINE** |
| vs. | |
| CITY OF SACRAMENTO, | |
| Defendant. | |

The Parties, Plaintiff Adam Blankenship and Defendant City of Sacramento hereby stipulate, through their respective counsel of record, to the below based upon the following good cause:

**1. Existing Due Date and Deadlines and Proposed New Deadlines (per Document 4-1 ("Standing Order"), No. 8 (A)).**

|  | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| **Fact Discovery** | May 10, 2024 | June 10, 2024 |
| **Initial Expert Disclosure** | June 17, 2024 | June 24, 2024 |
| **Rebuttal Witness Disclosure** | July 15, 2024 | NO CHANGE |
| **Dispositive Motion Deadline** | November 20, 2024 | NO CHANGE |
| **Trial Date** | Not Set | Not Set |

**2. Good Cause for Granting the Extension (per Standing Order No. 8 (B):** The Parties have diligently pursued discovery. Each party has conducted written discovery, including interrogatories and requests for production of documents, and the parties are in the process of conducting fact depositions. Due to each counsel's busy work schedules, it will be challenging to finish all discovery prior to the current May 10, 2024 fact discovery deadline. Plaintiff has taken a deposition of at least one fact witness. Plaintiff's deposition is scheduled for May 10, 2024. The Parties have agreed to the modification of the discovery schedule in section 1 above.

**3. Prior Requests for Extensions (per Standing Order No. 8 (C):** Neither Party has requested any discovery extensions. The only prior extension requested in the case (Document 9) was to grant Defendant additional time to file an answer to the First Amended Complaint. The extension was granted.

/ / /

/ / /

/ / /

DATED: April 18, 2024                                THE VELEZ LAW FIRM, PC

                                                     By: /s/ Natalya V. Grunwald
                                                     **NATALYA V. GRUNWALD**

                                                     Attorneys for Plaintiff
                                                     ADAM BLANKENSHIP

DATED: April 18, 2024                                SUSANA ALCALA WOOD,
                                                     City Attorney

                                                     By: /s/ David J. Gibson
                                                     **DAVID J. GIBSON**
                                                     Senior Deputy City Attorney

                                                     Attorneys for the
                                                     CITY OF SACRAMENTO

## ORDER

The Court, having reviewed the stipulation of the parties, finds good cause to order as follows:

1. The fact discovery deadline shall be continued from May 10, 2024 to June 10, 2024.

2. The initial expert disclosure deadline shall be continued from June 17, 2024 to June 24, 2024.

3. All other discovery deadlines and motion deadlines shall remain unchanged.

**IT IS SO ORDERED.**

Dated: April 24, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8
blan23cv610.stip.eot.disc

3
STIPULATION AND ORDER
1397782)}»