SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**DAVID J. GIBSON, Senior Deputy City Attorney (SBN 272516)**
dgibson@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Facsimile:   (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

MARK P. VELEZ, ESQ. (SBN 163484)
NATALYA V. GRUNWALD, ESQ. (SBN 265084)
**THE VELEZ LAW FIRM, PC**
mark@thevelezlawfirm.net
3010 Lava Ridge Court, Suite 120
Roseville, California 95661
Telephone: (916) 774 – 2720
Facsimile: (916) 774 – 2730

Attorneys for Plaintiff
ADAM BLANKENSHIP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM BLANKENSHIP,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY OF SACRAMENTO,<br><br>　　　　Defendant. | Case No.:  2:23-cv-00610-DC-CKD<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND EXPERT DISCOVERY DEADLINE** |

　　　The Parties, Plaintiff Adam Blankenship and Defendant City of Sacramento, through their respective counsel of record, hereby stipulate to the below based upon the following good cause:

　　　**1. Existing Deadlines and Proposed New Deadlines.**

　　　Expert discovery currently closes on April 25, 2025.  The parties are proposing a new deadline of May 16, 2025.

|  | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| **Expert Discovery Close** | April 25, 2025 | May 16, 2025 |
| **Trial Date** | Not Set | Not Set |

**2. Good Cause for Granting the Extension:**

The parties hereby jointly request an extension of time to complete the above-mentioned expert witness discovery. The parties have disclosed experts and are in the process of scheduling depositions of expert witnesses, which will be assisted by the brief 3-week extension proposed above. The Parties have agreed to the modification of the expert discovery deadlines as requested above.

**3. Prior Requests for Extensions:**

The parties jointly made three (3) requests for discovery extensions in this matter. The first request was on April 18, 2024. (See Document 17, "Stipulation and Proposed Order to Extend Discovery Deadline".) In this request, the Court granted the request to extend the fact discovery deadline from May 10, 2024 to June 10, 2024, and to extend the initial expert disclosure deadline from June 17, 2024 to June 24, 2024. The extension was granted.

The parties made a second request to extend the expert discovery deadlines on June 4, 2024. (See Document 19, Stipulation and Proposed Order to Extend Expert Discovery and Dispositive Motion Deadlines".) The Court granted the request to extend the initial expert disclosure from June 24, 2024, to November 18, 2024; the rebuttal expert disclosure from July 15, 2024, to December 16, 2024; the expert discovery deadline from October 21, 2024 to February 7, 2025; and the dispositive motion deadline from November 20, 2024, to March 10, 2025.

The parties made a third request on November 7, 2024, to extend the expert discovery in this matter. The Court extended the expert discovery deadline February 7, 2025 to April 25, 2025. (See the Court's Minute Order, Document 25.)

///

///

| | |
|---|---|
| DATED: March 11, 2025 | THE VELEZ LAW FIRM, PC |

By: _____
   **NATALYA V. GRUNWALD**
   **MARK P. VELEZ**

   Attorneys for Plaintiff
   ADAM BLANKENSHIP

DATED: March 11, 2025       SUSANA ALCALA WOOD,
                            City Attorney

By:   /s/ David J. Gibson
   **DAVID J. GIBSON**
   Senior Deputy City Attorney

   Attorneys for the
   CITY OF SACRAMENTO

### ORDER

The Court, having reviewed the stipulation of the parties, finds good cause to order as follows:

1. The expert discovery deadline shall be continued from April 25, 2025, to May 16, 2025.
2. All other discovery deadlines and motion deadlines shall remain unchanged.

**IT IS SO ORDERED.**

Dated: March 18, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, wood23cv0610.stip.exp